UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

ROBERT B. LOVE, M.D.,

    Plaintiff,

Case No.: 15-CV-650-WED

v.

MEDICAL COLLEGE OF WISCONSIN, INC., FROEDTERT MEMORIAL LUTHERAN HOSPITAL, INC., ALFRED C. NICOLOSI, M.D., JOSEPH E. KERSCHNER, M.D., MARY A. PAPP, D.O., DAVID C. WARLTIER, M.D. and LARRY LINDENBAUM, M.D.,

    Defendants.

## RULE 79(d) MOTION TO RESTRICT DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES AND BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

The defendants, Medical College of Wisconsin, Inc., Alfred C. Nicolosi, M.D., Joseph E. Kerschner, M.D., Mary A. Papp, D.O., David C. Warltier, M.D. and Larry Lindenbaum, M.D., by Hinshaw & Culbertson LLP, move the court, under General Local Rule 79(d), to restrict defendants' Answer and Affirmative Defenses and Brief in Support of Defendants' Motion for Judgment on the Pleadings. The motion is based on the attached supporting brief.

WHEREFORE, defendants respectfully request that the court grant this motion to restrict the viewing of the defendants' Answer and Affirmative Defenses and Brief in Support of Defendants' Motion for Judgment on the Pleadings to this Court and case participants.

16717394v1 0973773

Dated this 14th day of August, 2015.

/s/ Michael P. Malone
Michael P. Malone
State Bar No. 1015463
Thomas R. Schrimpf
State Bar No. 1018230
Attorneys for Defendants, Medical College of Wisconsin, Inc., Alfred C. Nicolosi, M.D., Joseph E. Kerschner, M.D., Mary A. Papp, D.O., David C. Warltier, M.D. and Larry Lindenbaum, M.D.
**HINSHAW & CULBERTSON LLP**
100 E. Wisconsin Avenue, Suite 2600
Milwaukee, WI 53202
Phone No. 414-276-6464
Fax No. 414-276-9220
E-mail Address: mmalone@hinshawlaw.com
tschrimpf@hinshawlaw.com