UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT B. LOVE, M.D.,                                    Civil File No. 2:15-cv-00650

        Plaintiff,

vs.                                                      **<u>FROEDTERT MEMORIAL LUTHERAN</u>**
                                                         **<u>HOSPITAL, INC.'S RULE 79(D) MOTION</u>**
MEDICAL COLLEGE OF WISCONSIN,                            **<u>TO RESTRICT BRIEF IN SUPPORT OF</u>**
INC., FROEDTERT MEMORIAL                                 **<u>ITS MOTION TO DISMISS</u>**
LUTHERAN HOSPITAL, INC., ALFRED C.
NICOLOSI, M.D., JOSEPH E. KERSCHNER,
M.D., MARY A. PAPP, D.O., DAVID C.
WARLTIER, M.D., and LARRY
LINDENBAUM, M.D.,

        Defendants.


     **PLEASE TAKE NOTICE** that Defendant Froedtert Memorial Lutheran Hospital, Inc.

("Froedtert") moves the Court, under General Local Rule 79(d), to restrict Froedtert's brief in

support of its motion to dismiss.  This motion is based on and supported by Plaintiff's Motion to

Restrict in this matter and Defendant Medical College of Wisconsin, Inc.'s similar motion to

restrict.

     WHEREFORE, Froedtert respectfully requests that the Court grant this motion to restrict

the viewing of Froedtert's brief in support of its motion to dismiss to this Court and case

participants.

Dated:  August 14, 2015                 DORSEY & WHITNEY LLP


By   <u>s/ Erik D. Ruda</u>
      William R. Stoeri (MN #0140880)
      (*admitted to E.D. Wisc. 12/22/03*)
      stoeri.bill@dorsey.com
      Erik D. Ruda (MN #0393370)
      (*admitted to E.D. Wisc. 1/14/13*)
      ruda.erik@dorsey.com
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

*Attorneys for Defendant Froedtert Memorial Lutheran Hospital, Inc.*

2