

**HINSHAW**
& CULBERTSON LLP

Michael P. Malone
414-225-4848
mmalone@hinshawlaw.com

ATTORNEYS AT LAW
100 East Wisconsin Avenue
Suite 2600
Milwaukee, WI 53202-4115

414-276-6464
414-276-9220 (fax)
www.hinshawlaw.com

April 21, 2016

**VIA EMAIL**

Honorable Lynn Adelman
U.S. District Court - Eastern District
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re: Love v. Medical College, et al.
U.S.E.D. Case No. 15-CV-650

Dear Judge Adelman:

We write briefly in response to Mr. Ruberry's April 19, 2016 letter to the Court regarding redaction pursuant to HIPAA.

Plaintiff fails to address Defendants' position that more than the information listed on 45 C.F.R. § 164.514(b)(2)(i) must be redacted.[1] It is critical to keep in mind that the surgeries discussed within the complaint are rare. Moreover, in addition to physician names, patient ages and genders, and treatment locations, extensive detail about each surgery is provided in the complaint, including specific details of the surgeries themselves, specific details of any complications, and specific details of the patients' resulting health. Accordingly, there is a reasonable basis to believe that the patient information contained in the complaint and proposed redacted complaint, in totality, could be used to identify the individual patients. For example, paragraphs 57 to 61 discuss several patients in the context of several organ transplant surgeries. There is a reasonable basis to believe that a relative of any of the patients, or other individuals, could review paragraphs 57 to 61 and identify one of the patients. Further redaction is warranted pursuant to HIPAA.

We remain available to discuss this matter with the Court and the other parties by telephone conference.

---

[1] As Froedtert notes, this information may also qualify as "unique characteristics" that must be redacted under 45 C.F.R. § 164.514(b)(2)(i)(R).

Honorable Lynn Adelman
April 21, 2016
Page 2

Thank you for your consideration of the foregoing.

Very truly yours,

HINSHAW & CULBERTSON LLP

Michael P. Malone

MPM:lam

cc: Edward F. Ruberry [via e-mail]
William R. Stoeri [via e-mail]

16752437v1 0973773