UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

ROBERT B. LOVE,
        Plaintiff,

v.                                      Case No. 15-CV-650

MEDICAL COLLEGE OF WISCONSIN et al.,
        Defendants.

___

## ORDER

For the reasons stated in my December 29, 2016 order, **IT IS ORDERED** that defendant Joseph E. Kerschner is **DISMISSED**.

Dated at Milwaukee, Wisconsin, this 18th day of February, 2017.

                                  s/ Lynn Adelman
                                  _____
                                  LYNN ADELMAN
                                  District Judge

1

Case 2:15-cv-00650-LA   Filed 02/18/17   Page 1 of 1   Document 93