UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROBERT B. LOVE, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MEDICAL COLLEGE OF WISCONSIN, INC., | ) Case No. 2:15-cv-00650-LA |
| FROEDTERT MEMORIAL LUTHERAN | ) |
| HOSPITAL, INC., ALFRED C. NICOLOSI, M.D., | ) |
| PAUL S. PAGEL, M.D., | ) |
| DAVID C. WARLTIER, M.D., and | ) |
| LARRY LINDENBAUM, M.D., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **PLAINTIFF'S RULE 12(F) MOTION TO STRIKE AFFIRMATIVE DEFENSES**

Plaintiff, Robert B. Love, M.D. ("Dr. Love"), by and through his undersigned counsel, respectfully moves this Court, under Federal Rule of Civil Procedure 12(f), to strike Affirmative Defenses Nos. 1, 3, and 11 of Defendants Medical College of Wisconsin, Inc., Alfred C. Nicolosi, M.D., David C. Warltier, M.D., and Larry Lindenbaum, M.D. (collectively, the "MCW Defendants"), Affirmative Defenses Nos. 1 and 6 of Defendant Paul S. Pagel, M.D. ("Dr. Pagel"), and Affirmative Defenses Nos. 1, 2, 4, and 5 of Defendant Froedtert Memorial Lutheran Hospital, Inc. ("FMLH"). Dr. Love submits the accompanying Memorandum in support of this Motion.

WHEREFORE, for the reasons stated in the accompanying Memorandum, Dr. Love respectfully requests this Court to strike, with prejudice, the MCW Defendants' Affirmative Defenses Nos. 1, 3, and 11, Dr. Pagel's Affirmative Defenses Nos. 1 and 6, and FMLH's Affirmative Defenses Nos. 1, 2, 4, and 5.

Dated: November 30, 2017 Respectfully submitted,

/s/ Alexander R. Hess
Edward F. Ruberry
Alexander R. Hess
RUBERRY, STALMACK & GARVEY, LLC
10 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
Phone: (312) 466-8050
Fax: (312) 488-8055
ed.ruberry@rsg-law.com
alex.hess@rsg-law.com

*Counsel for Plaintiff, Robert B. Love, M.D.*

# **CERTIFICATION**

I hereby certify that on November 30, 2017, a copy of the foregoing document was filed electronically. Parties may access this filing through the Court's CM/ECF system.

/s/ Alexander R. Hess
Alexander R. Hess
RUBERRY, STALMACK & GARVEY, LLC
10 South LaSalle Street, Suite 1800
(312) 466-8050 (telephone)
(312) 466-8055 (fax)
alex.hess@rsg-law.com

*Counsel for Plaintiff, Robert B. Love, M.D.*
