| | |
|---|---|
| ROBERT B. LOVE, M.D., <br><br> Plaintiff, <br> v. <br><br> MEDICAL COLLEGE OF WISCONSIN, INC., FROEDTERT MEMORIAL LUTHERAN HOSPITAL, INC., ALFRED C. NICOLOSI, M.D., PAUL S. PAGEL, M.D., DAVID C. WARLTIER, M.D. and LARRY LINDENBAUM, M.D., <br><br> Defendants. | Case No.: 15-CV-650 |

## MCW'S MOTION FOR SANCTIONS AGAINST PLAINTIFF

The Medical College of Wisconsin, Inc. ("MCW") moves the Court for sanctions per 28 U.S.C. §1927 against Plaintiff Counsel.

Plaintiff Counsel filed a frivolous motion against MCW and unilaterally cancelled Dr. Tweddell's deposition. As a result, MCW incurred the costs of defending the motion and the costs related to the cancellation of Dr. Tweddell's deposition, including airfare to Cincinnati.

These grounds are explained in MCW's Brief opposing Plaintiff's Motion for Sanctions and the accompanying Declarations.

Dated this 28th day of August, 2018.

*/s/ Michael P. Malone*
Michael P. Malone  [State Bar No. 1015463]
Thomas R. Schrimpf  [State Bar No. 1018230]
Defendants, Medical College of Wisconsin, Inc., Alfred C. Nicolosi, M.D., David C. Warltier, M.D. and Larry Lindenbaum, M.D.
**HINSHAW & CULBERTSON LLP**
100 E. Wisconsin Avenue, Suite 2600
Milwaukee, WI 53202
Phone No.  414-276-6464
Fax No.  414-276-9220
E-mail Address: mmalone@hinshawlaw.com
tschrimpf@hinshawlaw.com